

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00626-CV

**IN THE INTEREST OF G.S.** and M.S., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012EM503183
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 13, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellant filed a notice of appeal stating his intention to appeal from the trial court's order establishing the parent-child relationship between appellant and the children the subject of the suit. When appellant's brief was not timely filed, we issued a show cause order to appellant at his last known address at the Bexar County Detention Center. *See* TEX. R. APP. P. 32.1 (requiring appellant representing himself pro se to list address on docketing statement). We explained in our order that if appellant did not file his appellant's brief and a response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). Our order was returned because appellant had been released from the detention center with no

forwarding address. Further, appellant has not updated his address with this court. This appeal is therefore DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM